(106 So. 509)
## LA POINTE v. STATE.   (6 Div. 849.)

(Court of Appeals of Alabama.   Dec. 8, 1925.)

Criminal law ⟨key⟩1122(5), 1124(2) — Refused charges and denial of new trial not considered, in absence of oral charge in record or bill of exceptions.

The refusal of charges, and rulings upon motions for new trial, will not be considered on appeal, unless the oral charge is set out in the record and a bill of exceptions is included in the transcript.

Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

Omer Cerril La Pointe was convicted of assault to rob, and he appeals. Affirmed.

Fred H. Woodard, of Birmingham, for appellant.

Harwell G. Davis, Atty. Gen., for the State.

Briefs of respective counsel did not reach the Reporter.

BRICKEN, P. J. From a judgment of conviction for the offense of assault with intent to rob this appeal was taken. The appeal is upon the record proper; there being no bill of exceptions contained in the transcript.

Numerous refused charges and also a motion for new trial are set out in the record, but these matters are not presented for review, and therefore cannot be considered. In order to secure consideration by this court of refused charges, and also rulings of the court upon motions for new trial, it is necessary that the oral charge of the court should be set out in the record, and that a bill of exceptions be included in the transcript. The record upon which this appeal is predicated is without error. Let the judgment of conviction stand affirmed.

Affirmed.

---

⟨key⟩For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes